IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01374-JLK

MARY THOMAS, On Behalf Of Herself And All Others Similarly Situated,

    Plaintiff,

v.

DISH NETWORK CORPORATION, A Colorado Corporation,
DISH NETWORK LLC, A Colorado Limited Liability Company, and
ECHOSTAR SATELLITE LLC, A Colorado Limited Liability Company,

    Defendants.

## **ORDER**

    This matter comes before the Court on the parties' Joint Motion to Stay Proceedings (doc. #13), filed August 7, 2009.  The Motion is GRANTED.  It is

    ORDERED THAT:

    The proceedings, including Defendants' response to Plaintiff's complaint, are **STAYED** until further Order, and the parties shall file a joint status report on or before October 15, 2009.

    DATED: August 10, 2009

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT