IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01374-JLK-BNB

MARY THOMAS, On Behalf Of Herself And All Others Similarly Situated,

    Plaintiff,

v.

DISH NETWORK CORPORATION, A Colorado Corporation,
DISH NETWORK LLC, A Colorado Limited Liability Company, and
ECHOSTAR SATELLITE LLC, A Colorado  Limited Liability Company,

    Defendant(s).

## ORDER

This matter comes before the Court on the parties' Joint Status Report And Motion to Set Pleading Schedule.  After reviewing the Motion, and good cause appearing, the Court has concluded that the Motion should be GRANTED.

THEREFORE, IT IS ORDERED THAT:

The stay of proceedings is lifted.  Plaintiff shall file an amended complaint on or before March 1, 2010.  Defendants shall file an answer or otherwise respond to plaintiff's amended complaint on or before March 31, 2010.

DATED: January 19, 2010.

BY THE COURT:

*s/John L. Kane*